UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
Covington Division

In re:

Michael R Weber Jr.
Makisha L Weber

Debtors.

Case No. 19-20565
Chapter 13

### Stipulation Denying Discharge and Order

Michael and Makisha Weber, the Debtors herein, stipulate as follows:

1. We previously filed a petition in bankruptcy under chapter 7 of the United States Bankruptcy Code in the U.S. Bankruptcy Court for the Eastern District of Kentucky, Case No. 15-21046. We received a discharge in that case.

2. We are not entitled to receive a discharge in the instant case pursuant to 11 U.S.C. § 1328(f)(1).

3. We have executed this Stipulation voluntarily after being afforded the opportunity to consult with legal counsel. We are aware of the consequences of entering into this Stipulation.

4. Nothing in this Stipulation shall be construed as a waiver of discharge pursuant to 11 U.S.C. § 523(a)(10).

Upon consideration of the foregoing, the Court hereby

ORDERS that the Debtors shall not receive a discharge in this case.

WE ASK FOR THIS:

Paul A Radolph
Acting United States Trustee
By: /s/ *John L. Daugherty*
John L. Daugherty
Assistant U.S. Trustee
Office of the U.S. Trustee
100 E. Vine St., Suite 500
Lexington, KY 40507
(859) 233-2822

_____
Michael R Weber, Jr.

_____
Makisha L Weber

5/12/19
_____
Date

_____
John C. Hayden
505 York Street
Newport KY 41071
859 491-1000

2

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Wednesday, May 15, 2019**
**(tnw)**