**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:
MICHAEL R. WEBER, JR.
MAKISHA L. WEBER
DEBTORS                                                                          CASE NO. 19-20565

TRUSTEE'S REPORT AND
RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED

1.  The Trustee requests that the Debtors provide a recent copy of Michael Weber's pay advice from his new employer.

2.  Capital One Auto Finance filed an objection to confirmation of the plan. [Doc. 20]. Any changes in valuation of the creditor's collateral, a 2017 Chevrolet Cruze, interest rate, or treatment of secured claims required to resolve the objection might affect feasibility of the plan.

3.  Section 5.1 of the plan states nonpriority unsecured claims will receive a 100% dividend. The plan is not feasible as a plan paying 100% of all scheduled and filed claims within 60 months. The plan provides a pool of $55,488.00. The Trustee calculates a total pool of approximately $64,870.00, may be required to present a plan paying a 100% dividend for all filed claims. Plan amendments are required such as increasing plan payments, re-amortizing secured claims, or taking other appropriate action.

4.  The plan contains a nonstandard provision in section 8.1. The Debtors checked the "Not included" box in section 1.3. Checking the "Not included" box makes the provision ineffective. If the nonstandard provision is ineffective, the student loan claims will be included in the claims paid by the Trustee. In that circumstance, a total pool of approximately $105,445.00, may be required to present a plan paying a 100% dividend for all filed claims. Amend the plan as

required to pay all claims in full, including the student loan claims or to mark the "Included" box in section 1.3.

          Beverly M. Burden, Chapter 13 Trustee

          By:    /s/ Cheryl E. James
                Cheryl E. James,
                Attorney for Trustee
                Ky. Bar ID:  88883
                P.O. Box 2204
                Lexington, KY 40588-2204
                (859) 233-1527
                notices@ch13edky.com

## CERTIFICATE OF SERVICE

The foregoing was served via ECF on John C. Hayden, Esq. on August1, 2019.

          Beverly M. Burden, Chapter 13 Trustee

          By:    /s/ Cheryl E. James
                Cheryl E. James,
                Attorney for Trustee